# Court of Appeals
# of the State of Georgia

ATLANTA,  October 07, 2015

*The Court of Appeals hereby passes the following order:*

**A16D0034.  JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.) v. CITY OF ATLANTA BOARD OF ZONING ADJUSTMENT, et al.**

In January 2014, the City of Atlanta ("City") notified petitioner John Hancock Life Insurance Company (U.S.A.) ("John Hancock") that a sign on its property violated two City ordinances.  John Hancock challenged this determination before the City Board of Zoning Adjustment and the superior court, each of which issued decisions adverse to John Hancock.  Before the superior court, John Hancock argued that the application of the relevant ordinances in this case violates its federal and state constitutional rights to free speech.  John Hancock now seeks discretionary review of the superior court's decision, again arguing that applying the City ordinances here violates its constitutional free speech rights.

The Supreme Court "has exclusive jurisdiction over all cases involving construction of the Constitution of the State of Georgia and of the United States and all cases in which the constitutionality of a law, ordinance, or constitutional provision has been called into question." *Atlanta Independent School System v. Lane*, 266 Ga. 657, 657 (1) (469 SE2d 22) (1996) (citing Ga. Const. of 1983, Art. VI, Sec. VI, Par. II).  Because John Hancock called into question the constitutionality of City ordinances, and the superior court specifically rejected those arguments, it appears

that jurisdiction may lie in the Supreme Court. As the Supreme Court has the ultimate responsibility for determining appellate jurisdiction, see *Saxton v. Coastal Dialysis & Med. Clinic, Inc.*, 267 Ga. 177, 178 (476 SE2d 587) (1996), this application is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/07/2015
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*